```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

GENEALLELE LLC,

                    Plaintiff,
                                            24-cv-2663 (JGK)
     - against -
                                            ORDER
ORYZON GENOMICS, S.A.,

                    Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **June 7, 2024**, at **2:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:** New York, New York
May 31, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge