

June 4, 2024

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
U.S. District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

Greg R. Mansell
Direct Dial: (614)796-4325
Email: Greg@MansellLawLLC.com
Admitted in New York

```
The telephone conference previously scheduled for June 7, 2024
is adjourned to June 12, 2024 at 4:30 p.m.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated June 5, 2024           /s/ John G. Koeltl
New York, New York           John G. Koeltl, U.S.D.J.
```

Re: *Geneallele, LLC v. Oryzon Genomics, S.A.,* - Case No. 1:24-cv-02663-JGK

Dear Judge Koeltl:

This law firm represents Plaintiff Geneallele, LLC in the above-referenced matter.

A telephone conference was scheduled for June 7, 2024, at 2:30pm. I am out of the country on Friday June 7, 2024. As such, Plaintiff requests the telephone conference to be rescheduled for the following week. Plaintiff will be available for the telephone conference on June 12, 2024 from 12:00pm-5:00pm EST, June 13, 2024 from 12:00pm-3:00pm EST and June 14, 2024 from 2:30pm-5:00pm EST.

Sincerely,

**Mansell Law LLC**

Greg R. Mansell

Cc: All counsel of record, via ECF