UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENEALLELE, LLC,

        Plaintiff,

- against -

ORYZON GENOMICS, S.A.,

        Defendant.

24-cv-2663 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to compel arbitration and stay proceedings. ECF No. 6.

**SO ORDERED.**

Dated:    New York, New York
            June 6, 2024

                                        John G. Koeltl
                                        **United States District Judge**