UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENEALLE LLC,
                Plaintiff(s)

                24 civ 2663 (JGK)

      -against-

ORYZON GENOMICS, S.A.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, September 10, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 4, 2024