```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GENEALLELE LLC,

                Plaintiff,        24-cv-2663 (JGK)

    - against -                <u>ORDER</u>

ORYZON GENOMICS, S.A.,

                Defendant.

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for oral argument in connection with the defendant's motion to compel arbitration, on **October 9, 2024, at 2:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated:    New York, New York
           October 1, 2024

                                          John G. Koeltl
                                United States District Judge