UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENEALLELE LLC,

    Plaintiff,

v.

ORYZON GENOMICS, S.A.,

    Defendant.

No.: 1:24-cv-02663-JGK

[Proposed] Order

This matter is before the Court for consideration of the parties' Joint Motion to Stay Proceedings Pending Arbitration. Plaintiff GeneAllele LLC and Defendant Oryzon Genomics, S.A.'s, by and through their respective counsel, pursuant to the Federal Arbitration Act, 9 U.S.C.§ 1 *et seq.*, agree and stipulate that this entire action and all proceedings herein be stayed and the claims in this action be submitted as counterclaims in the pending arbitration before the International Centre for Dispute Resolution ("Arbitration").

THEREFORE, this Court GRANTS the Parties' Motion and hereby ORDERS that:

1. All proceedings in this action shall be stayed pending the conclusion of the Arbitration; and

2. The Parties shall inform the Court within 14 days after the arbitration award is issued.

SO ORDERED.

Dated: New York, New York
October __7__, 2024

_____
John G. Koeltl
United States District Judge

*Handwritten annotations:*

*The motion to compel arbitration (ECF No. 6) is dismissed as moot. The Clerk is directed to close ECF Nos. 6 and 18. So ordered.*
*10/7/24  John G Koeltl/U.S.D.J.*

*The argument scheduled for 10/9/24 is canceled.*